IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EUGENE ROJAS,

    Plaintiff,                    No. 2: 13-cv-0850 KJN P

    vs.

NORTH KERN STATE PRISON, et al.,

    Defendants                ORDER

_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed a complaint pursuant to 42 U.S.C. § 1983. On May 10, 2013, new case documents served on plaintiff were returned unserved. The envelope was marked "paroled." It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

        Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall show cause why this action should not be dismissed for plaintiff's failure to keep the court apprised of his current address.

DATED: June 13, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ro850.tra

1