IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EUGENE ROJAS,

    Plaintiff,                    No. 2: 13-cv-0850 KJN P

    vs.

NORTH KERN STATE PRISON, et al.,    ORDER AND

    Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed a complaint pursuant to 42 U.S.C. § 1983. On May 10, 2013, new case documents served on plaintiff were returned unserved. The envelope was marked "paroled." It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

        Accordingly, on June 14, 2013, the court ordered plaintiff to show cause within thirty days why this action should not be dismissed for his failure to keep the court apprised of his current address. On June 20, 2013, the June 14, 2013 order was returned unserved with the envelope marked "paroled."

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign
2 a district judge to this action; and
3    IT IS HEREBY RECOMMENDED that this action be dismissed without
4 prejudice.
5    These findings and recommendations are submitted to the United States District
6 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
7 days after being served with these findings and recommendations, plaintiff may file written
8 objections with the court and serve a copy on all parties.  Such a document should be captioned
9 "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
10 failure to file objections within the specified time may waive the right to appeal the District
11 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
12 DATED:  June 25, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

roj850.dis

2